United States District Court
Southern District of Texas
**ENTERED**
February 04, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUILLERMO RUIZ-AVALOS, | § |
| Petitioner, | § § § |
| VS. | § § CIVIL ACTION NO. 1:26-CV-074 |
| KRISTI NOEM, *et al.*, | § § § |
| Respondents. | § § |

## ORDER

Petitioner Guillermo Ruiz-Avalos requests dismissal of his case without prejudice to refiling. (Motion, Doc. 6) The Court finds that good cause supports the requested relief. Accordingly, it is:

**ORDERED** that Petitioner Guillermo Ruiz-Avalos's Motion for Voluntary Dismissal (Doc. 6) is **GRANTED**; and

**ORDERED** that Petitioner Guillermo Ruiz-Avalos's causes of action are **DISMISSED WITHOUT PREJUDICE TO REFILING**.

Each party shall bear its own fees and costs.

The Clerk of Court is directed to close this matter.

Signed on February 4, 2026.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge

1 / 1